UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEREMY MARCHEK, | ) | |
|         Plaintiff, | ) | |
| | ) | No. 1:21-cv-87 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | ) ) | |
|         Defendant. | ) ) | |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   February 1, 2022                             /s/  Paul L. Maloney
                                                                                          Paul L. Maloney
                                                                                          United States District Judge